UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REWARDS NETWORK
ESTABLISHMENT SERVICES, INC.,
a Delaware corporation,

     Plaintiff,

v.                                                                    Case No. 8:25-cv-914-KKM-TGW

BENJAMIN FINLEY,
an individual,

     Defendant.

_____/

## O R D E R

This cause came on for consideration upon Reward Network's Supplemental Motion for Award of Attorneys' Fees and Costs (Doc. 23). The plaintiff is directed to file a supplemental memorandum showing that it is entitled in this case to an award of attorneys' fees that it incurred in the debtors' bankruptcy action. The plaintiff has up to and including March 19, 2026, to file the memorandum.

DONE and ORDERED at Tampa, Florida, this 6ᵗʰ day of March, 2026.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE